**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ________ **Category No.** II **Investigating Agency** HSI

**City** Lawrence

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. ________ Case No. ________

Same Defendant ________ New Defendant ________

Magistrate Judge Case Number 26-MJ-6706-MPK

Search Warrant Case Number 25-6401,6403 to 6408-MPK

R 20/R 40 from District of ________

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 25-CR-10058-NMG [x] Yes [ ] No

**Defendant Information:**

Defendant Name JHESY RODRIGUEZ Juvenile: [ ] Yes [x] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [x] No

Alias Name: ________

Address: ________

Birth date (Yr only): 1995 SSN (last 4#): 1287 Sex: M Race Hisp Nationality: ________

**Defense Counsel if known:** Jeffrey Denner, Esq. Address: ________

Bar Number: ________

**U.S. Attorney Information**

AUSA: Philip A. Mallard Bar Number if applicable: 679138

**Interpreter:** [ ] Yes [x] No List language and/or dialect: ________

**Victims:** [ ] Yes [x] No If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [x] No

**Matter to be SEALED:** [x] Yes [ ] No

[x] Warrant Requested [ ] Regular Process [ ] In Custody

**Location Status:** ________

**Arrest Date:** ________

[ ] Already in Federal Custody as of ________ in ________.

[ ] Already in State Custody at ________ [ ] Serving Sentence [ ] Awaiting Trial

[ ] On Pretrial Release: Ordered by: ________ on ________

**Charging Document:** [x] Complaint [ ] Information [ ] Indictment

**Total # of Counts:** [ ] Petty ________ [ ] Misdemeanor ________ [x] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[x] **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 9/1/2026 Signature of AUSA: Philip A. Mallard

**District Court Case Number** (To be filled in by deputy clerk): ______________________

**Name of Defendant** JHESY RODRIGUEZ

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to Distribute and Possess with Intent to Distribute, a Controlled Substance | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**